**Kelvin J. MILES, Plaintiff–Appellant,**

v.

**Gary MAYNARD, Secretary of Public Safety and Correctional Services; J. Michael Stouffer, Commissioner; Sharon Baucom, Medical Director; Pamela Knable, MCIH Medical Director; Dr. Dolph Alex Druckman, Defendants–Appellees.**

No. 14–6132.

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2014.

Decided: June 6, 2014.

ate later in the proceedings.

---

* In so doing, we express no opinion on whether appointment of counsel may be appropri-

Kelvin J. Miles, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland; Philip Melton Andrews, Ryan Alexander Mitchell, KRAMON & GRAHAM, PA, Baltimore, Maryland, for Appellees.

Before KEENAN, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin J. Miles appeals the district court's orders denying Miles' motion for leave to proceed in forma pauperis on appeal and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Miles v. Maynard*, No. 8:09–cv–03211–AW (D. Md. May 9, 2013; Aug. 26, 2013). We deny the motion to amend the complaint and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*